IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GRANT GRIBBLE, an Individual Residing in Hawaii,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHROPIC PBC, a Delaware Public Benefit Corporation,<br><br>Defendant. | CIVIL NO. 26-00426-SASP-KJM<br><br>ORDER OF RECUSAL |

**ORDER OF RECUSAL**

To avoid the appearance of impropriety, a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all further proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, September 21, 2026.

Shanlyn A.S. Park
United States District Judge